FILED

10/06/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0257

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0257

_____

TONY C. PHIPPS and MINDY L. PHIPPS,

      Plaintiffs and Appellants,

    v.

OLD REPUBLIC NATIONAL TITLE INSURANCE
COMPANY; SECURITY TITLE ABSTRACT
COMPANY; and JOHN DOES I-V,

      Defendants and Appellees.

O R D E R

_____

Appellants, by counsel, have filed a motion for a 30-day extension of time within which to file their reply brief.

IT IS HEREBY ORDERED that motion is GRANTED. Appellants' reply brief shall be filed on or before November 13, 2020.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 6 2020